Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SYDNEY ELIZABETH LEWIS,<br><br>  Defendant. | No.  6:14-MJ-088-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The Government has reached an agreement with Defendant, through counsel, whereby Defendant has entered into a Deferred Prosecution Agreement.

.

Dated:  August 20, 2014                             NATIONAL PARK SERVICE


                                                        /S/ Matthew McNease_____
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Sydney Elizabeth Lewis,* 6:14-mj-088-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   August 21, 2014              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE